FILED

JUL 0 8 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **5:26 CR 00314** |
| | ) | Title 18, United States Code, |
| MICHAEL ROGERS, | ) | Sections 1030(a)(2) and |
| | ) | (c)(3)(A), and 1519 |
| Defendant. | ) | |

**GENERAL ALLEGATIONS**　　　　**JUDGE FLEMING**

At all times material and relevant to this Information:

1.　　At all times relevant to this Information, the Internet was an international and interstate tool of communication used to pass information and data via wire signals.  Because of its interconnectivity, users in the same state, or even location, relied on the Internet's use of hubs, switches and relay servers in other states and countries to deliver wire communications.

**Victim 1**

2.　　Victim 1, a company whose identity is known to the United States Attorney's Office, is a multi-national corporation headquartered in Connecticut that maintains physical offices and data networks connecting internal employees and systems, as well as external customer networks, using web-based servers and other electronic portals that manage communication.

3.　　In 2023 and 2024 Victim 1 used servers located nationwide, among other places, to store employee data and maintain databases of that data that could be accessed for authorized

purposes of Victim 1. Access to these servers and databases was restricted and protected; only authorized employees of Victim 1 could access stored employee information.

4. In 2023 and 2024, in addition to other servers and portals, Victim 1 used an employee portal on a website with the domain name "xrxgsn" on which sensitive employee data was stored, including names, corporate user IDs and passwords.

5. An SQL injection is a structured query language attack in which malicious code is inserted into the regular code used by a program to retrieve data from a database by posing as a legitimate request. This gives the malware actor unauthorized access to a protected database.

6. Beginning in 2023, and continuing through the end of 2023, the Defendant, Michael ROGERS developed a SQL injection and deployed it on the server hosting the "xrxgsn" website.

7. ROGERS used his unauthorized access to exfiltrate over 150,000 unique Victim 1 employee names, identifiers and passwords.

**Victim 2**

8. In 2023, 2024 and 2025, Victim 2, a government office known to the United States Attorney's Office, located within the Northern District of Ohio, maintained a searchable database which allowed the public to access public records of arrests.

9. The database was part of a larger searchable database of court records maintained by the clerk of court's office in the county in which Victim 2 was located named the "Criminal Justice Information System," (CJIS), which included records maintained by the numerous county clerks of courts and Victim 2.

10. The stated purpose of the CJIS website was to "To create one county -wide criminal justice computer network, for the purpose of sharing information, electronically

transmitting information, and to reduce the duplication of data entries. To provide one source for warrant files, criminal histories, reporting of criminal dispositions, and the uniformity of forms generation."

11. Between January and October 2024, ROGERS discovered a method by which he could obtain names, dates of birth and other personally identifiable information (PII) from CJIS without authorization.

12. Using programming skill and expertise, ROGERS created an executable program that would automatically query the CJIS database and save the PII of those in the system. The program then sent that PII to a database on a computer hard drive controlled and maintained by ROGERS.

13. To obscure and mask his true identity, ROGERS used a proxy server service which rotated the IP addresses querying the CJIS website, thereby giving the appearance that each of ROGERS' automated requests came from a different and unique computer.

COUNT 1
(Computer Fraud, 18 U.S.C. § §§ 1030(a)(2) and (c)(3)(A))

The United States Attorney charges:

14. Paragraphs 1 through 13 of this Information are realleged and incorporated by reference as if fully set forth herein.

15. From on or about October 1, 2023 to on or about October 31, 2024, in the Northern District of Ohio, and elsewhere, the defendant, MICHAEL ROGERS, intentionally accessed a computer without authorization and thereby obtained information from a protected computer, such conduct having involved an interstate and foreign communication in violation of 18 U.S.C. §§ 1030(a)(2) and (c)(3)(A).

3

COUNT 2
(Destruction of Records in a Federal Investigation,  18 U.S.C. § 1519)

The United States Attorney further charges:

16.     Paragraphs 1 through 13 of this Information are realleged and incorporated by reference as if fully set forth herein.

17.     From on or about June 2, 2025 to on or about July 25, 2025, in the Northern District of Ohio, the defendant, MICHAEL ROGERS, did knowingly destroy and mutilate at least two electronic storage devices, one laptop computer and one cellular telephone, all tangible objects, with the intent to impede, obstruct, and influence the investigation and proper administration of an extortion threat made to Victim 2, a matter that the defendant knew was within the jurisdiction of the Federal Bureau of Investigations, Department of Justice, a department and agency of the United States, in violation of Title 18, United States Code, Section 1519.

DAVID M. TOEPFER
United States Attorney

By:     _____
Daniel J. Riedl
Chief, National Security Unit