AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.   5:26cr314 |
| Michael Rogers | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☑ Information   ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition   ☐ Violation Notice      ☐ Order of Court

| | |
|---|---|
| Place:  Carl B. Stokes U.S. Court House  801 West Superior Avenue  Cleveland, Ohio 44113 | Courtroom No.:   9B |
| | Date and Time:   07/23/2026 10:00 am |

This offense is briefly described as follows:

18 U.S.C. §§ 1030(a)(2) and (c)(3)(A) Computer Fraud (1)
18 U.S.C. § 1519 Destruction of Records (2)

Date:  _____07/09/2026_____



CHRISTIAN M. CAPECE
*Clerk*

/s/Lauren N. Kasulones

*Courtroom Clerk to the*
*Honorable Jennifer Dowdell Armstrong*
*(216) 357-7100*